UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER ROBINSON,

    Plaintiff,

v.                                          Case No. 08-14069
                                               Hon. Lawrence P. Zatkoff

PATRICIA CARUSO et al.,

    Defendants.
    _____/

## ORDER TO DISMISS IN PART

Plaintiff filed her complaint on September 22, 2008. The Court liberally construes Plaintiff's complaint to contain the following counts:

    Count I        Violation of 42 U.S.C. § 1983

    Count II       Violation of 42 U.S.C. § 1983 and medical malpractice under Mich. Comp.
                        Laws. § 600.2912

    Count III      Violation of 42 U.S.C. § 1985

    Count IV      Violation of 42 U.S.C. §§ 1985, 1986

    Count V       Violation of 42 U.S.C. § 1983

The Court has subject-matter jurisdiction over Count I, the § 1983 violation in Count II, and Counts III-V because they arise under federal law. 28 U.S.C. § 1331. The medical malpractice claim in Count II, however, is based on state law. Although the Court has supplemental jurisdiction over state-law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *Id.* § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim

in this matter. The Court finds that the contemporaneous presentation of Plaintiff's parallel state claim for relief will result in the undue confusion of the jury. *See id.*; *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state-law claim (medical malpractice in Count II) is hereby DISMISSED without prejudice. The Court retains jurisdiction over Plaintiff's federal claims (Count I, § 1983 violation in Count II, and Counts III-V).

IT IS SO ORDERED.

        s/Lawrence P. Zatkoff  
        LAWRENCE P. ZATKOFF  
        UNITED STATES DISTRICT JUDGE

Dated: November 25, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 25, 2008.

        s/Marie E. Verlinde  
        Case Manager  
        (810) 984-3290