**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HEATHER ROBINSON,

      Plaintiff,

                                            Case No. 08-14069
v.                                   Hon. Lawrence P. Zatkoff

PATRICIA CARUSO et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, filed a prisoner civil-rights complaint [dkt 1]. The matter is currently before the Court on Magistrate Judge Hluchaniuk's Report and Recommendation [dkt 101], in which the Magistrate Judge recommends that the motions for summary judgment [dkts 53 & 54] filed by Defendants Caruso, Pramsteller, Schmude, Smith, Davis, Bruce, Whalen, Allen, Houpt, Ethridge, Osborne, St. Joseph Mercy Hospital, and Faison be granted. Plaintiff timely filed objections to the Report and Recommendation [dkt 103], and the Court has reviewed the objected-to portions of the Report and Recommendation de novo.

The Court has thoroughly reviewed the court file, the Report and Recommendation, and Plaintiff's objections. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED the motion for summary judgment [dkt 53] filed by Defendants Caruso, Pramsteller, Schmude, Smith, Davis, Bruce, Whalen, Allen, Houpt, Ethridge, and Osborne is GRANTED;

IT IS FURTHER ORDERED that the motion for summary judgment [dkt 54] filed by Defendants St. Joseph Mercy Hospital and Faison is GRANTED;

IT IS FURTHER ORDERED that all claims against Defendants Caruso, Pramsteller, Schmude, Smith, Davis, Bruce, Whalen, Allen, Houpt, Ethridge, Osborne, St. Joseph Mercy Hospital, and Faison are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: March 25, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 25, 2010.


S/Marie E. Verlinde
Case Manager
(810) 984-3290