UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER ROBINSON,

    Plaintiff,

                                                      Case No. 08-14069
v.                                                 Hon. Lawrence P. Zatkoff

PATRICIA CARUSO et al.,

    Defendants.
    _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a *pro se* inmate, filed a complaint alleging that she has received constitutionally insufficient dental care in violation of the Eighth Amendment. This matter is currently before the Court on Magistrate Judge Hluchaniuk's Report and Recommendation [dkt 120], in which the Magistrate Judge recommends that Defendants Bielak, Kulkarni, Neigbors, and John Doe be dismissed with prejudice, and Defendant Neigbors's motion for summary judgment be denied as moot. No objections were filed to the Report and Recommendation.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to dismiss [dkt 118] is GRANTED with respect to Defendants Bielak, Kulkarni, Neigbors, and John Doe, and those defendants are DISMISSED WITH PREJUDICE. The motion to dismiss is DENIED as MOOT with respect to Defendants Ethridge, Osbourne, St. Joseph Mercy Hospital, and Feison, because those defendants have previously been dismissed with prejudice from this lawsuit.

IT IS FURTHER ORDERED that Defendant Neigbors's motion for summary judgment [dkt

113] is DENIED as MOOT.

 IT IS SO ORDERED.


                S/Lawrence P. Zatkoff
                LAWRENCE P. ZATKOFF
                UNITED STATES DISTRICT JUDGE

Dated: September 7, 2010

### CERTIFICATE OF SERVICE

 The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 7, 2010.


                S/Marie E. Verlinde
                Case Manager
                (810) 984-3290